Mark D. Hudak, Esq. (Bar No. 099801)
Jennifer C. Johnson, Esq. (Bar No. 217507)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:   (650) 342-9600
Facsimile:   (650) 342-7685
mhudak@carr-mcclellan.com
jjohnson@carr-mcclellan.com

Attorneys for Defendant
TOWN OF HILLSBOROUGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 8/9/05*

| | |
|---|---|
| STANLEY G. HILTON,<br><br>          Plaintiff,<br><br>vs.<br><br>FAIR ISAACS, INC., et al,<br><br>          Defendants. | Case No. C-05-01285 RMW<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Old Hearing Date: August 12, 2005<br>New Hearing Date: October 14, 2005<br><br>Action Filed: March 30, 2005 |

IT IS STIPULATED AND AGREED by and between the parties, through their respective attorneys of record and subject to Court order, that the case management conference in the above-captioned matter, currently scheduled for August 12, 2005, be continued for 60 days to October 14, 2005 at 10:30 a.m., before the Honorable Ronald M. Whyte at the United States District Court, 280 South First Street, San Jose, California.

On July 15, 2005 the Court issued an order granting Plaintiff 30 days leave to amend the complaint. The purpose of this stipulation is to continue the case management conference until after Plaintiff files his amended complaint, which is due on August 15, 2005. No prior extensions of time have been requested or granted for the case management conference, and a continuance of the case management conference does not impact the schedule in the case.

07538.00128\BGLIB1\1264878.1

STIPULATION
Case No. C-05-01285 RMW

Case 5:05-cv-01285-RMW    Document 56    Filed 08/09/05    Page 2 of 8

1 | Dated: August 3, 2005

2 | LAW OFFICES OF STANLEY G. HILTON

3 | By: _____
4 | Stanley G. Hilton
   | Attorneys for Plaintiff
5 | STANLEY G. HILTON

6 | CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   | Professional Law Corporation

7 |

8 | By: *Jennifer C. Johnson*
9 | Jennifer C. Johnson
   | Attorneys for Defendant
10 | TOWN OF HILLSBOROUGH

11 | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

12 |

13 | By: _____
   | Julia H. Veit
14 | Attorneys for Defendant
   | FAIR ISAACS CORPORATION

15 | SAN MATEO COUNTY COUNSEL

16 |

17 | By: _____
18 | Judith A. Holiber
   | Attorneys for Defendant
19 | LEE BUFFINGTON, TAX COLLECTOR OF SAN
   | MATEO COUNTY and SAN MATEO COUNTY
20 |
   | CROWELL & MORING LLP
21 |

22 |
   | By: _____
23 | Kristen E. Heikaus Weaver
   | Attorneys for Defendant
24 | TRANS UNION LLC

25 |

26 | [SIGNATURES CONTINUE ON NEXT PAGE]

27 |

28 |

07538.00128\BGLIB1\1264878.1

STIPULATION
Case No. C-05-01285 RMW

2

Dated: August 3, 2005

        LAW OFFICES OF STANLEY G. HILTON

        By: _____
                Stanley G. Hilton
                Attorneys for Plaintiff
                STANLEY G. HILTON

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation


By: *Jennifer C. Johnson* _____
                Jennifer C. Johnson
                Attorneys for Defendant
                TOWN OF HILLSBOROUGH

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP


By: *Julia H. Veit* _____
                Julia H. Veit
                Attorneys for Defendant
                FAIR ISAACS CORPORATION

SAN MATEO COUNTY COUNSEL


By: _____
                Judith A. Holiber
                Attorneys for Defendant
                LEE BUFFINGTON, TAX COLLECTOR OF SAN
                MATEO COUNTY and SAN MATEO COUNTY

CROWELL & MORING LLP


By: _____
                Kristen E. Heikaus Weaver
                Attorneys for Defendant
                TRANS UNION LLC


[SIGNATURES CONTINUE ON NEXT PAGE]

1 | Dated: August 3, 2005

2 | LAW OFFICES OF STANLEY G. HILTON

3 | By: _____
4 | Stanley G. Hilton
    | Attorneys for Plaintiff
5 | STANLEY G. HILTON

6 | CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
    | Professional Law Corporation

8 | By: *Jennifer C. Johnson*
9 | Jennifer C. Johnson
    | Attorneys for Defendant
10 | TOWN OF HILLSBOROUGH

11 | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

13 | By: _____
14 | Julia H. Veit
    | Attorneys for Defendant
    | FAIR ISAACS CORPORATION

15 | SAN MATEO COUNTY COUNSEL

17 | By: *[signature]*
18 | Judith A. Holiber
    | Attorneys for Defendant
19 | LEE BUFFINGTON, TAX COLLECTOR OF SAN
    | MATEO COUNTY and SAN MATEO COUNTY

20 | CROWELL & MORING LLP

22 | By: _____
23 | Kristen E. Heikaus Weaver
    | Attorneys for Defendant
24 | TRANS UNION LLC

26 | [SIGNATURES CONTINUE ON NEXT PAGE]

Dated: August 3, 2005

LAW OFFICES OF STANLEY G. HILTON

By: _____
Stanley G. Hilton
Attorneys for Plaintiff
STANLEY G. HILTON

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation

By: *[signature]* _____
Jennifer C. Johnson
Attorneys for Defendant
TOWN OF HILLSBOROUGH

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By: _____
Julia H. Veit
Attorneys for Defendant
FAIR ISAACS CORPORATION

SAN MATEO COUNTY COUNSEL

By: _____
Judith A. Holiber
Attorneys for Defendant
LEE BUFFINGTON, TAX COLLECTOR OF SAN
MATEO COUNTY and SAN MATEO COUNTY

CROWELL & MORING LLP

By: *[signature]* _____
Kirsten E. Heikaus Weaver
Attorneys for Defendant
TRANS UNION LLC

[SIGNATURES CONTINUE ON NEXT PAGE]

07538.00128\BGLIB1\1264878.1

2

STIPULATION
Case No. C-05-01285 RMW

1
2          EQUIFAX CREDIT INFORMATION SERVICE, LLC
3
4          By: _____
                   Daniel P. McKinnon
5                  Attorneys for Defendant
           EQUIFAX CREDIT INFORMATION SERVICE, LLC
6
           WASHINGTON MUTUAL BANK
7
8          By: _____
                   Steven Lawrence
9                  Attorneys for Defendant
           WASHINGTON MUTUAL BANK
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
07538.00128\BGLIB1\1264878.1                                    STIPULATION
                                                        Case No. C-05-01285 RMW

| | |
|---|---|
| 1 | |
| 2 | EQUIFAX CREDIT INFORMATION SERVICE, LLC |
| 3 | |
| 4 | By: _____ |
| 5 | Daniel P. McKinnon<br>Attorneys for Defendant<br>EQUIFAX CREDIT INFORMATION SERVICE, LLC |
| 6 | WASHINGTON MUTUAL BANK |
| 7 | |
| 8 | By: _____ |
| 9 | Steven Lawrence<br>Attorneys for Defendant<br>WASHINGTON MUTUAL BANK |
| 10 | |

ORDER

Pursuant to the stipulation of the parties, the case management conference in the above-captioned matter, currently scheduled for August ~~10~~ 12, 2005, shall be continued for 60 days. The continued hearing is scheduled for October 14, 2005 at 10:30 a.m.

Dated: August 9, 2005

/s/ Ronald M. Whyte
_____
THE HONORABLE RONALD M. WHYTE

(jg)

07538.00128\BGLIB1\1264878.1

ORDER
Case No. C-05-01285 RMW

4