*cc: PQR, neutral, PLW, WPB, states, requesting party with direction to serve all parties.*

1  Donald E. Bradley, Esq. (State Bar No. 145037)
   Kirsten E. Heikaus Weaver, Esq. (State Bar No. 234049)
2  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
3  Irvine, California 92614
   Telephone:  (949) 263-8400
4  Facsimile:   (949) 263-8414

5  Attorneys for Defendant
   TRANS UNION LLC (erroneously sued as TRANS UNION CREDIT BUREAU)

6

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

10

| | |
|---|---|
| 11  STANLEY G. HILTON, | CASE NO. # C 05-01285-RMW |
| 12              Plaintiff, | The Honorable Ronald M. Whyte |
| 13        v. | **DEFENDANT TRANS UNION LLC'S [PROPOSED] ORDER PERMITTING TELEPHONIC PARTICIPATION IN MEDIATION** |
| 14  FAIR ISAACS, INC. (A.K.A. "FICO"); TRANS UNION CREDIT BUREAU; EQUIFAX CREDIT BUREAU; EXPERIAN CREDIT BUREAU; LEE, BUFFINGTON, TAX COLLECTOR O SAN MATEO COUNTY; SAN MATEO COUNTY; WASHINGTON MUTUAL BANK; TOWN OF HILLSBOROUGH, | Complaint Filed: March 30, 2005 |
| | Mediation Date: January 19, 2006 |
| 21              Defendants. | |

22

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1
TRANS UNION LLC'S [PROPOSED] ORDER
PERMITTING TELEPHONIC PARTICIPATION IN MEDIATION

FILED
JAN 11 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1   Pursuant to ADR Local Rules 6-9(d) and (e) of the United States District
2   Court for the Northern District of California, and for good cause shown, the
3   request of Defendant Trans Union LLC to have its representative appear
4   telephonically at the mediation of the above-referenced action is GRANTED.

6   Dated: January 11, 2006

The Honorable Ronald M. Whyte

Wayne D. Brazil
ADR Magistrate Judge

28  (Cam No. 087827.0000414)

2

TRANS UNION LLC'S [PROPOSED] ORDER
PERMITTING TELEPHONIC PARTICIPATION IN MEDIATION