IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STANLEY G. HILTON, | ) | *E-FILED - 8/2/06* |
| | ) | |
| Plaintiff, | ) | Case No. C 05-01285-RMW |
| | ) | |
| vs. | ) | |
| | ) | |
| FAIR ISAACS, INC. (A.K.A. "FICO"); TRANS UNION CREDIT BUREAU; EQUIFAX CREDIT BUREAU; EXPERIAN CREDIT BUREAU; LEE BUFFINGTON, TAX COLLECTOR OF SAN MATEO COUNTY; SAN MATEO COUNTY; WASHINGTON MUTUAL BANK; LONG BEACH MORTGAGE COMPANY; TOWN OF HILLSBOROUGH, | ) | |
| Defendant. | ) | |

### [] ORDER OF DISMISSAL WITH PREJUDICE

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of plaintiff, STANLEY HILTON against Defendants EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, WASHINGTON MUTUAL BANK and LONG BEACH MORTGAGE COMPANY, be and the same hereby are DISMISSED, WITH PREJUDICE, each party to bear its own costs.

This _2_ day of ___August_____, 2006.

_/s/ Ronald M. Whyte_____
Judge, United States District Court

**Stipulation of Dismissal with Prejudice**

US1900 9152907.1