Mark D. Hudak, Esq. (Bar No. 099801)
Jennifer C. Johnson, Esq. (Bar No. 217507)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California  94011-0513
Telephone:    (650) 342-9600
Facsimile:     (650) 342-7685
mhudak@carr-mcclellan.com
jjohnson@carr-mcclellan.com

Attorneys for Defendant
TOWN OF HILLSBOROUGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 8/2/06*

| | |
|---|---|
| STANLEY G. HILTON, | No. C-05-01285-RMW |
| Plaintiff, | [] ORDER TO DISMISS WITH PREJUDICE |
| vs. | Action Filed:   March 30, 2005 |
| FAIR ISAACS, INC., et al., | Trial Date:      August 21, 2006 |
| Defendants. | |

The Court, having considered the Stipulation for Dismissal With Prejudice and good cause appearing:

IT IS ORDERED THAT the first amended complaint is dismissed with prejudice as to Defendant Town of Hillsborough.  Plaintiff and Town of Hillsborough shall bear their own costs and attorneys' fees.

Dated: August __2__, 2006

/s/ Ronald M. Whyte
THE HONORABLE RONALD M. WHYTE